---------- Forwarded message ---------
From: Almendarez, Jolene <jolenea@gannett.com>
Date: Tue, Aug 19, 2025 at 11:06 AM
Subject: Media Request | The Enquirer
To: robin.stephenson@carroll.kyschools.us <robin.stephenson@carroll.kyschools.us>,
casey.jaynes@carroll.kyschools.us <casey.jaynes@carroll.kyschools.us>,
jennifer.willhoite@carroll.kyschools.us <jennifer.willhoite@carroll.kyschools.us>

Hello,

My name is Jolene Almendarez. I'm a reporter at The Enquirer in Cincinnati.

I'm reaching out today because I'm writing an article about a lawsuit filed by Sherry McLaughlin against the Carroll County Board of Education and several administrators and employees.

I'm writing an article about it and the incident that allegedly occurred on school property before a middle school dance in January.

I'd like to interview someone from the school district or board for the story to address those issues.

My deadline is the end of business day today.

Thank you so much,

Jolene Almendarez

210-550-0087

**EXHIBIT B**