---------- Forwarded message ---------
From: Patty <plz1975@fuse.net>
Date: Fri, Aug 22, 2025 at 5:57 PM
Subject: Rape threat
To: <robin.stephenson@carroll.kyschools.us>


I sure hope what is reported in the Enquirer is incorrect regarding the rape threat at your school because I am disgusted by your response and the way you handled this situation. Everything beginning with the night it happened to the aftermath is so unbelievable. This is a ten year old girl!!!  I'm really so mad I can't even find my words. And your only response is your certain this case will be dismissed. NOTHING about how you're sorry this happened to this poor girl and the boy will be held responsible. Really I hope you lose your job over this and the other idiots involved from the school will be reprimanded and hopefully get educated on matters like this. I feel so sorry for this mom and her daughter. Not because it happened to them as much as how you and your staff treated them. My gosh get yourself educated!!!
Patty Zemanek


Sent from my iPhone

**EXHIBIT E**