6:17

< Chris Wiest 🔍

**Posts**  About  More ▾

## Chris's posts

**Chris Wiest**
3h · 🌐

This is a verified complaint — it happened — we reviewed the video, got the public records, and have the receipts. Instead of addressing the bullying and threats of sexual assault on a 10 year old girl, the Carroll County Superintendent went after the mom and retaliated against her for not backing down.

I look forward to putting this one in front of a federal jury.

Article in comments.

**Courier Journal** ✓
22m · 🌐

A 10-year-old girl was allegedly threatened with rape by a boy who was part of a "Diddy Party" group chat, a new lawsuit claims.

👤+ Add friend    💬 Message

Home  Friends  Groups  Feeds  Notifications(1)  Menu

**EXHIBIT F**