3:05  .ıll 5G 100

← **Sherry's post** ⋯

**Sherry Lynn McLaughlin**
1h · 🌐

I don't know how far you people think you can push my little girl, or allow her to be pushed, until she became unhinged... but here we are. And it's on you.. ALL of you.

👍 Like   💬 Comment   ➤ Share

🥺😡😲 Lindsay Brandon + 32

All comments ⌄

**Rebecca Arvin**
Please tell me shes not still getting targeted??? Enough is enough!!!!

1h   Like   Reply

**Leanne Dunaway**
Momma
Your family and friends are here for ANYTHING

32m   Like   Reply

Morgan Zevak

📷 [ Write a comment... 😊 GIF 🙂 ]

**EXHIBIT G**