6:29

**Nicole Meadows**
1d

hanging when the situation happened at the school

16h  Like  Reply

**Melissa Greene**
Ohhhhhh. Yes that's not cool!

16h  Like  Reply

Write a reply...

**Brett Clark**
These are the type of situations where people should be taking action if its proven. DEMAND justice. Pick a time, surround the school and protest. Hinder the school from operating due to congestion. The state is not gonna mobilize to arrest the entire community and federal government is to busy with all their issues. If we the people do not protect the children nobody will. Its a proven fact that the higher you go in society, politics and even a lot of churches there is no protection for children. They are not protected and are often sexualized/molested/trafficked. Society is reaching a point that in many heads dogs recieve more protection than children.

20h  Like  Reply                3

**EXHIBIT H**