UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:25-cv-00041-GFVT

SHERRY MCLAUGHLIN, in her individual
Capacity and as guardian of A.M., a minor        PLAINTIFFS

VS.        **DECLARATION OF WILSON CLAY CASEY JAYNES**

WILSON CLAY "CASEY" JAYNES, et al.        DEFENDANTS

I, Wilson Clay Casey Jaynes, make the following declaration based on experience, personal knowledge, information, and belief.

1. I am over 18 years of age and under no legal disability.

2. I am currently the Superintendent of the Carroll County School District ("District") in Carrollton, Kentucky. At all times relevant to the subject lawsuit, I have served as the Superintendent of the District.

3. This Declaration is based on my experience and personal knowledge.

4. The e-mail I sent to staff referenced in Plaintiffs' Response was not an attack on the Plaintiffs. As Superintendent, it is my responsibility to communicate with our employees the fact that there was a lawsuit filed against the District. My e-mail was appropriate and grounded in fact.

5. Further, my September 3, 2025 Facebook post in which I shared the District's Facebook post was unrelated to this lawsuit, but instead, was an encouraging, positive post about our District's success.

6. I have reviewed the September 18, 2025 Declaration of Sherry McLaughlin attached to the Plaintiffs' Response.

7. Despite her contention, the Board of Education of Carroll County, Kentucky has not received an August 2025 Title IX complaint from Sherry McLaughlin.

8. I was not in the District on August 29, 2025, but instead, in Shelbyville, Kentucky at Ohio Valley Educational Cooperative for a Superintendent's Retreat. I was not and I have not ever followed A.M. in the halls of CCMS.

9. On September 9, 2025, I stayed late for a food pantry meeting. Thereafter, I went to Carroll County High school for the girls' volleyball game. On my way to the gym, I noticed students in the cafeteria and as such, I stopped to say hello. When I entered the cafeteria, I noticed it was the middle school cheerleaders and their coach. I engaged in conversation with the coach and left for the gym within two (2) minutes – as I would have done for any other team or club affiliated with the District.

10. I am not "retaliating" against Sherry McLaughlin or her minor child, and neither is any other District Employee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed pursuant to 28 U.S.C. §1746.

Executed on this 30th day of September, 2025.

_____
Wilson Clay Casey Jaynes